so modified, and order, affirmed, without costs. Settle order on notice.

INGRAHAM, P. J., and LAUGHLIN, J., dissent, and vote for reversal.

NOONAN, Appellant, v. PRESS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Lily Noonan against the Press Publishing Company. G. H. D. Foster, for appellant. W. H. Van Benschoten, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 131 App. Div. 891, 115 N. Y. Supp. 379.

O'CONNOR, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Edward J. O'Connor against the City of New York. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 120 N. Y. Supp. 138.

O'CONNOR, Respondent, v. FULTON COUNTY et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Michael O'Connor against the County of Fulton and the Town of Johnstown.

PER CURIAM. Judgment, so far as it awards damages, reversed on law and facts; in all other respects affirmed, without prejudice to the plaintiff's right to take such proper proceeding as he may be advised to recover any damages to which he may be entitled, with costs to respondent.

O'GARA, Appellant, v. MONTEVERDE, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by James O'Gara against Helen V. Monteverde. No opinion. Judgment of the Municipal Court affirmed, with costs.

OMAN, Respondent, v. PHŒNIX BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Joseph Oman against the Phœnix Bridge Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. *Held*, that the verdict is contrary to and against the weight of the evidence, both as to defendant's negligence and plaintiff's freedom from contributory negligence.

McLENNAN, P. J., and KRUSE, J., dissent.

OPPENHYM et al., Respondents, v. CHAMBERLIN JOHNSON DUBOSE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Augustus W. Oppenhym and others against the Chamberlin Johnson Dubose Company. R. L. Hoguet, for appellant. J. A. Garver, for re-

spondents. No opinion. Judgment affirmed, with costs. Order filed.

PACKARD, Appellant, v. PACKARD, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Joseph E. Packard against Jane Guild Packard. No opinion. Order affirmed, with $10 costs and disbursements.

PADOVANO, Respondent, v. ABATEMARCO, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by James Padovano against Michael Abatemarco. No opinion. Judgment of the Municipal Court affirmed, with costs.

PAGANO et al., Appellants, v. DEELEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by John Pagano and another against Patrick H. Deeley and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

PARHAM, Appellant, v. BURNS et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 4, 1910.) Action by Frank Earle Parham, as assignee, etc., against Edward Burns, individually, etc., and others. No opinion. Motion to resettle order granted. See, also, 120 N. Y. Supp. 1139.

In re PASCAL. (Supreme Court, Appellate Division, First Department. March 11, 1910.) In the matter of Isadore L. Pascal, an attorney. No opinion. Proceedings dismissed. Settle order on notice.

PAULUS et al., Respondents, v. FRELLOEHR, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Frank A. Paulus and others against Julius Frelloehr. No opinion. Judgment of the Municipal Court affirmed, with costs.

PEDERSEN, Respondent, v. MERETSKY, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Theodor Pedersen against Morris Meretsky. No opinion. Judgment of the County Court of Westchester County affirmed, with costs.

PEOPLE v. BARRY. (Supreme Court, Appellate Division, First Department. November, 1909.) Proceeding by the People of the State of New York against Charles Barry.

PER CURIAM. Motion granted. See, also, 132 App. Div. 231, 116 N. Y. Supp. 870.

PEOPLE, Respondent, v. BORSUCH, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Pro-